Kathleen E. Beatty, Esq.
Kathleen Law P.C.
Chrysler Building
405 Lexington Avenue, 26th Floor
New York, NY 10174
(917) 979-2392
Fax (347) 296-3767
kathleen@kathleen-law.com

October 9, 2026

VIA ECF
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Romel Punzalan v. Manfra et al.*
Docket No. 1:26-cv-00326 (JLR)
Request to Adjourn Initial Pretrial Conference

Dear Judge Rochon:

This firm represents plaintiff Romel Punzalan. This letter is respectfully submitted to request an adjournment of the initial pretrial conference scheduled for December 16, 2026, at 12:30 p.m., due to the undersigned's conflicting commitments on other cases. Defense counsel consents to adjourn the conference to January 11, 2027, January 20, 2027, or January 27, 2026. These are the next dates when both counsel are available. This is the first request to adjourn this conference. Plaintiff also respectfully requests that the deadline for filing the joint preconference letter and proposed Civil Case Management Plan and Scheduling Order be adjusted to ten calendar days before the rescheduled conference, consistent with the Court's October 8, 2026 Order. Thank you for the Court's consideration.

Request GRANTED. The Initial Pretrial Conference is hereby adjourned to **January 11, 2027** at 2:30pm.

Dated: October 13, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

Respectfully submitted,

/s/ Kathleen E. Beatty

cc: Svetlana Kolomeyer, Esq.
STEVEN BANKS
Corporation Counsel of the City of New York
Attorney for Defendants
The City of New York and Joseph T. Manfra
100 Church Street
New York, New York 10007
(212) 356-9472